FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JAN 04 2019
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 19-MJ- **19-MJ-4007**
THE CELLULAR TELEPHONE ASSIGNED CALL )
NUMBER (629) 200-5761 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Middle____ District of ____Tennesee____
*(identify the person or describe the property to be searched and give its location)*:

Telephone number (629) 200-5761, as further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Records on telephone number (629) 200-5761, as further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____January 18, 2019____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____USMJ NEWBERN____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1/4/19 7:56pm   _____[signature]_____
                                                  *Judge's signature*

City and state: Nashville, Tennessee   ALISTAIR NEWBERN, U.S. MAGISTRATE JUDGE
                                                  *Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-MJ- | Date and time warrant executed: 1-4-19  5:30 PM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : SA WARREN SMITH (ATF | | |
| Inventory of the property taken and name of any person(s) seized: location information for cellular telephone assigned the number 629-200-5761 | | |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
JAN 1 5 2019
BY _____
DEPUTY CLERK

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-9-19

_____
*Executing officer's signature*

Reginald Johnson  ATF
*Printed name and title*

## ATTACHMENT A

### Property to be Searched

1. The **Target Telephone, (629) 200-5761**, used by James Hayward WILLIAMS, is a cellular telephone operating on the T-Mobile Wireless network. This warrant seeks information about the location of the **Target Telephone** that is within the possession, custody, or control of T-Mobile Wireless, a wireless communications service provider headquartered at Parsippany, New Jersey.

# ATTACHMENT B

## Particular Things to be Seized

1. All information about the location of the **Target Telephone** described in Attachment A for a period of thirty days, during all times of day and night. "Information about the location of the **Target Telephone**" includes all available E-911 Phase II data, GPS data, latitude-longitude data, and other precise location information, as well as all data about which "cell towers" (i.e., antenna towers covering specific geographic areas) and "sectors" (i.e., faces of the towers) received a radio signal from the cellular telephone described in Attachment A.

2. To the extent that the information described in the previous paragraph (hereinafter, "Location Information") is within the possession, custody, or control of T-Mobile, T-Mobile is required to disclose the Location Information to the government. In addition, T-Mobile must furnish the government all information, facilities, and technical assistance necessary to accomplish the collection of the Location Information unobtrusively and with a minimum of interference with T-Mobile's services, including by initiating a signal to determine the location of the **Target Telephone** on T-Mobile's network or with such other reference points as may be reasonably available, and at such intervals and times directed by the government. The government shall compensate T-Mobile for reasonable expenses incurred in furnishing such facilities or assistance.

3. T-Mobile shall send precision location data to Reginald.Johnson@atf.gov, and other e-mail addresses as directed to include non-governmental e-mails (Gmail, Hotmail, Yahoo, and any other providers not mentioned).

4. This warrant does not authorize the seizure of any tangible property. In approving this warrant,

2

Case 3:19-mj-04007   Document 2   Filed 01/15/19   Page 4 of 5 PageID #: 22

the Court finds reasonable necessity for the seizure of the Location Information. *See* 18 U.S.C. § 3103a(b)(2).

3

Case 3:19-mj-04007   Document 2   Filed 01/15/19   Page 5 of 5 PageID #: 23